"I would like to know whether the last order is a valid order in that it is mandatory to publish a copy of such order as provided by Article 2933?

"To make a clearer legal question it might be put as follows:  'Does an order of the Commissioners Court establishing election precincts have to be published as required by Article 2933 and if it is not published, is it void?'

"It is my opinion that the statute requires such publication is necessary and mandatory under the terms of Article 2933, because the use of the word 'shall' in statutory construction has always been construed as meaning a mandatory provision and has to be carried out before the force and effect of such direction can be accomplished.

"If such be true then the order of August, 1940 by the Commissioners of San Augustine County, Texas would be effective and not the order of the Commissioners Court of said county in August, 1941, therefore the status of the election precincts would be the same as of the date of the August, 1940 order.

"I have made an effort to check a decision wherein such case would be in point, and I have found none under said Article 2933.  I have on several occasions been requested to submit a brief where such is the case at the present time, but due to the present necessity that such opinion from your department is imperative in that your opinion is needed to determine the status of the election precincts in this county before the General Primary in July, 194., I hope that you will give this your immediate attention and an opinion will be forthcoming."

Article 2933, Vernon's Annotated Texas Civil Statutes, reads as follows:

"Each commissioners court may, if they deem it proper, at each August term of the court, divide their respective counties, and counties attached thereto for judicial purposes, into convenient election precincts, each of which shall

be differently numbered and described by natural or artificial boundaries or survey lines by an order to be entered upon the minutes of the court. They shall immediately thereafter publish such order in some newspaper in the county for three consecutive weeks. If there be no newspaper in the county, then such copy of such order shall be posted in some public place in each precinct in the county. No election precinct shall be formed out of two or more justice precincts, nor out of the parts of two or more justice precincts. The commissioners court shall cause to be made out and delivered to the county tax collector, before the first day of each September a certified copy of such last order for the year following."

We have been unable to find any authorities on the questions propounded. However, it is our opinion that you have correctly answered the same and we agree with your conclusions.

Very truly yours

ATTORNEY GENERAL OF TEXAS

APPROVED JUN 23, 1942

FIRST ASSISTANT
ATTORNEY GENERAL

By

Wm. J. Fanning
Assistant

WJF:CC

